## ADAMS v. STATE.

No. 19032.

Court of Criminal Appeals of Texas.

May 26, 1937.

Eddie Roark · and Jimmie MacNicoll, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Murder is the offense; penalty assessed at confinement in the penitentiary for a period of fifty years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived justifying a reversal of the conviction, the judgment of the trial court is affirmed.